CLIMAX MOLYBDENUM COMPANY, Plaintiff,

v.

MOLYCHEM, LLC, Defendant–Appellee,

v.

**Ramon L. Pizarro, Defendant–Appellant.**

No. 2008–1386.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2008.

Ramon L. Pizarro, of Denver, CO, argued for defendant-appellee.

Donald T. Trinen, Hart & Trinen, LLP, of Denver, CO, argued for defendant-appellee.

Before LOURIE, CLEVENGER, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.